**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.16-cv-80195-Civ-MARRA

GERALD GAGLIARDI, et al.,

Plaintiffs,

vs.

CITY OF BOCA RATON,

Defendant,

and

CHABAD OF EAST BOCA, INC., et al.,

Intervenors.
_______________________________________/

**FINAL JUDGMENT**

Based on the separately entered Opinion and Order Granting Defendant's Motion to Dismiss (DE 48) and Intervenors' Motion to Dismiss (DE 49), Judgment is hereby entered on behalf of Defendant and against Plaintiff and Plaintiff shall take nothing in this action. The Clerk shall **CLOSE** this case. All pending motions are **DENIED** as **MOOT**.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 27th day of March, 2017.

KENNETH A. MARRA
United States District Judge